# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  PROMULGATION OF      :   No. 519
CONSUMER PRICE INDEX PURSUANT   :
TO 42 Pa.C.S. §§ 1725.1(f) and      :   JUDICIAL ADMINISTRATION
3571(c)(4)      :   DOCKET

## ORDER

**PER CURIAM**

       **AND NOW**, this 1st day of October, 2019, **IT IS ORDERED** pursuant to Article V, Section 10(c) of the Constitution of Pennsylvania and Section 3502(a) of the Judicial Code, 42 Pa.C.S. § 3502(a), that the Court Administrator of Pennsylvania is authorized to obtain and publish in the *Pennsylvania Bulletin* the percentage increase in the Consumer Price Index for calendar year 2018 as required by Act 96 of 2010, 42 Pa.C.S. §§ 1725.1(f) and 3571(c)(4) (as amended).